**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MARK JOHN ELLIOTT,<br><br>                                  Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br><br>                                 Defendant | Case No.: C09-1633-MAT<br><br>ORDER FOR REVISION OF BRIEFING SCHEDULE<br><br>*Clerk's Action Required*<br>*Noted for 3/30/10* |

**<u>ORDER</u>**

Based upon plaintiff's counsel's declaration and the stipulation of the parties, it is hereby Ordered that the briefing schedule is amended to the dates set forth below based upon good cause:

Opening Brief (currently due 3/29/10) : new due date –4/12/10

Responsive Brief (currently due 4/26/10): new due date – 5/10/10

Reply Brief -(currently due by 5/10/10): new due date – 5/24/10

ORDER re: Briefing Schedule Revision-page 1

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**

Dated this 31st day of March, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:
s/Rosemary B. Schurman
Rosemary B. Schurman, WSBA 11451
Attorney for Plaintiff


Agreed for entry:
S/Rosemary B. Schurman for (per authorization)
Rick Morris
Office of General Counsel. Attorney for Defendant

ORDER re: Briefing Schedule Revision-page 2

**Rosemary B. Schurman, WSBA 11451**
**Attorney at Law**
**8123NE 115 Way**
**Kirkland, WA 98034**
**425-821-8577/fax 425-821-5714**