IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARK J. ELLIOTT,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br> Commissioner of Social Security,<br><br>  Defendant | Civil No.  C09-1633-JCC-MAT<br><br><br>[~~PROPOSED~~] ORDER AMENDING THE BRIEFING SCHEDULE |

Based on the Agreed Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before May 24, 2010;

- Plaintiff shall file the optional Reply Brief on or before June 7, 2010.

DATED this 18th day of May, 2010.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1        ORDER - [2:09-CV-1633-JCC-MAT]

1

Presented by:

2

s/ RICHARD A. MORRIS                    WSB # 33780
3  Special Assistant U.S. Attorney
   Office of the General Counsel
4  701 Fifth Avenue, Suite 2900 MS/901
   Seattle, Washington 98104-7075
5  Telephone: (206) 615-2156
   FAX: (206) 615-2531
6  rick.morris @ssa.gov

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23